IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| FIRST MERCURY INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> ELETE GUARD FORCES AND ESCORT SERVICE, INC., et al. <br><br> Defendants, <br><br> and <br><br> ELETE GUARD FORCES AND ESCORT SERVICES, INC., <br><br> Defendant/Third-Party Plaintiff, <br><br> v. <br><br> CENTRAL INSURANCE AGENCY, INC., <br><br> Third-Party Defendant. | Civil Action <br> File No. 1:12-cv-03735-CAP |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, First Mercury Insurance Company ("FMIC") and all parties who have appeared in this action, stipulate to the dismissal with prejudice of FMIC's claims against all Defendants in this case.

Each party will bear its own costs.

In addition, the undersigned parties also stipulate that Elete Guard Forces and Escort Service, Inc.'s claims against Third-Party Defendant Central Insurance Agency, Inc., are hereby dismissed with prejudice.

This 6th day of May, 2014.

| Consented to by: | Consented to by: |
|---|---|
| /s/ Seth M. Friedman | /s/Jamie S. Wingler |
| Seth M. Friedman | Fred D. Bentley, Jr. |
| Georgia Bar Number 141501 | Georgia Bar Number 052850 |
| | Jamie S. Wingler |
| WEISSMAN, NOWACK, CURRY & WILCO, P.C. | Georgia Bar Number 770708 |
| One Alliance Center | BENTLEY, BENTLEY & BENTLEY |
| 3500 Lenox Road, 4th Floor | 241 Washington Avenue |
| Atlanta, Georgia 30326 | Marietta, Georgia 30060 |
| (404) 926-4500 | (770) 422-2300 |
| (404) 926-4600 (Fax) | (770) 424-5820 (Fax) |
| sethfriedman@wncwlaw.com | fred.bentley@bbandlaw.com |
| *Attorneys for Plaintiff* | jamie.wingler@bbandblaw.com |
| | *Attorneys for Defendant Elete Guard Forces and Escort Services, Inc. f/k/a/ Shepperson Security & Escort Services, Inc.* |
| /s/ Andrae P. Reneau | /s/ Daryl Von Yokely |
| Andrae P. Reneau | Daryl Von Yokely |
| Georgia Bar Number 147026 | Georgia Bar Number 780950 |
| The Chestnut Firm, LLC | The Law Offices of Daryl Von Yokely |
| 303 Peachtree Street, NE | 127 Peachtree Street |
| Suite 4150, SunTrust Plaza | Suite 1010 |
| Atlanta, Georgia 30308 | Atlanta, Georgia 30303 |

(470) 428-2120
areneau@chestnutfirm.com
*Attorneys for Bertha Thomas, Bernard Arnold and Andrea Robison*

/s/ Steven J. DeFrank
Steven J. DeFrank
Georgia Bar Number 215870

SWIFT, CURRIE, MCGHEE & HIERS, LLP
The Peachtree, Suite 300
1355 Peachtree Street, N.E.
Atlanta, Georgia 30309
(404) 874-8800
(404) 888-6199 (Fax)
steven.defrank@swiftcurrie.com
*Attorneys for Defendant JAMCO Properties, Inc.*

/s/ Charles M. McDaniel, Jr.
Charles M. McDaniel, Jr.
Georgia Bar No. 487905
L. Elizabeth Albright
Georgia Bar No. 470111

CARLOCK, COPELAND & STAIR, LLP
191 Peachtree Tower, Suite 3600
191 Peachtree Street, NE
Atlanta, Georgia 30303
(404) 522-8220 (404) 523-2345 (Fax)
cmcdaniel@carlockcopeland.com
balbright@carlockcopeland.com
*Attorneys for Third-Party Defendant Central Insurance Agency, Inc.*

(404) 876-5458
dvy@yokelylaw.com
*Attorneys for Defendants Dozier, Kendrick and Bonnie*

/s/ Christopher Hambrick
Christopher Hambrick, *Pro Se*
7610 Tree Mountain Parkway
Stone Mountain, Georgia  30083
(404) 332-7127
chrislhambrick@yahoo.com

/s/ Thomas G. Tidwell
Thomas G. Tidwell
Georgia Bar Number 712110

THE TIDWELL LAW FIRM, LLC
300 Galleria Pkwy.
Suite 1500
Atlanta, Georgia 30339
(404) 551-4352
TOM@TIDWELL-LAW.COM
*Attorney for Defendant Brent Sobol*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2014, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record:

Fred D. Bentley, Jr.
Monica L. Wingler
Jamie Wingler
fred.bentley@bbandblaw.com
monica.wingler@bbandblaw.com
Jamie.wingler@bbandblaw.com

Andrae P. Reneau
areneau@chestnutfirm.com

Daryl Von Yokely
dvy@yokelylaw.com

Steven J. DeFrank
steven.defrank@swiftcurrie.com

Thomas G. Tidwell
TOM@TIDWELL-LAW.COM

Christopher Hambrick
chrislhambrick@yahoo.com

Charles M. McDaniel, Jr.
L. Elizabeth Albright
cmcdaniel@carlockcopeland.com
balbright@carlockcopeland.com

Respectfully submitted this 6TH day of May, 2014.

/s/ Seth M. Friedman
Seth M. Friedman
Georgia Bar No. 141501

Weissman, Nowack, Curry & Wilco, PC
One Alliance Center, 4th Floor
3500 Lenox Road
Atlanta, Georgia 30326
(404) 926-4500
(404) 926-4500
sethfriedman@wncwlaw.com